STATE OF CONNECTICUT *v.* PETER J. HASELMAN

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 242 (AC 11731), is denied.

*Michael Parizo,* in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided January 27, 1994

STATE OF CONNECTICUT *v.* PAUL VARSZEGI

The state of Connecticut's petition for certification for appeal from the Appellate Court, 33 Conn. App. 368 (AC 10818), is denied.

BERDON, J., dissenting. I would grant the petition for certification filed by the state of Connecticut.

*David J. Sheldon,* deputy assistant state's attorney, in support of the petition.

Decided January 27, 1994

TRACY A. BARILE *v.* WARDEN, STATE PRISON

The petitioner Tracy A. Barile's petition for certification for appeal from the Appellate Court (AC 12666) is denied.

*Michael A. Rubino, Jr.,* special public defender, in support of the petition.

*Steven R. Strom,* assistant attorney general, in opposition.

Decided February 3, 1994